An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREN MAURICE KING,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67173

FILED

FEB 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is pro se appeal from district court orders denying a motion to waive fees for production of court case records, transcripts, and other materials and a motion for reconsideration. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from the aforementioned orders. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists); *Phelps v. State*, 111 Nev. 1021, 1022-23, 900 P.2d 344, 344-45 (1995) ("[N]o appeal lies from an order denying a motion for reconsideration."). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                        Cherry

cc: Hon. David B. Barker, District Judge
Darren Maurice King
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A